William A. Fulton, as Receiver of Franco-American Phosphate Company, Plaintiff in Error, vs. Frederick Gesterding, Florida Central & Peninsular Railroad Company, E. D. Lukenbill, James V. Burke and Johann Corstins, Defendants in Error.

Writ of error to Circuit Court, Marion county; William A. Hocker, Judge.

John G. Reardon, for Plaintiff in Error.

No appearance for Defendants in Error.

This action was brought by the plaintiff in error against Frederick Gesterding, and garnishments were served on Florida Central & Peninsular Railroad Company, E. D. Lukenbill, James V. Burke and Johann Corstins. There was judgment for the defendants, and the plaintiff takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.